**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>AMERICAN VIRTUAL CLOUD TECHNOLOGIES, INC.,<br><br>Debtor. | Case No. 23-10020 (MFW)<br><br>Chapter 11<br><br>Tax I.D. No. 81-2402421<br><br>**Re: Docket No. 3** |
| In re:<br><br>AVCTECHNOLOGIES USA, INC.,<br><br>Debtor. | Case No. 23-10021 (MFW)<br><br>Chapter 11<br><br>Tax I.D. No. 85-3428886<br><br>**Re: Docket No. 3** |
| In re:<br><br>KANDY COMMUNICATIONS LLC,<br><br>Debtor. | Case No. 23-10022 (MFW)<br><br>Chapter 11<br><br>Tax I.D. No. 82-5415853<br><br>**Re: Docket No. 3** |

**ORDER (I) DIRECTING JOINT ADMINISTRATION OF CASES AND**
**(II) WAIVING CERTAIN REQUIREMENTS OF BANKRUPTCY RULE 2002(n)**

Upon the motion (the "Motion")[1] of the Debtors for an order (the "Order") (i) directing joint administration of the Chapter 11 Cases and administratively consolidating the respective case of each Debtor for procedural purposes only, and (ii) waiving the requirement that notices provided in the Chapter 11 Cases strictly comply with Bankruptcy Rule 2002(n) and implementing a simplified caption to be used in all case pleadings; and upon consideration of the First Day Declaration; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from

---

[1] Capitalized terms used but not defined herein shall have the meaning ascribed to such terms in the Motion.

the United States District Court for the District of Delaware, dated February 29, 2012; and the matter being a core proceeding within the meaning of 28 U.S.C. § 157(b)(2); and the Court being able to issue a final order consistent with Article III of the United States Constitution; and venue of these proceedings and the Motion being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and due and sufficient notice of the Motion having been given under the particular circumstances; and it appearing that no other or further notice is necessary; and it appearing that the relief requested in the Motion is in the best interests of the Debtors, their estates, their creditors, and other parties-in-interest; and after due deliberation thereon; and good and sufficient cause appearing therefor; it is hereby

**ORDERED, ADJUDGED, AND DECREED that:**

1. The Motion is GRANTED as set forth herein.

2. Each of the above-captioned Chapter 11 Cases of the Debtors be, and hereby is, jointly administered by the Court for procedural purposes only.  Nothing contained in this Order shall be deemed or construed as directing or otherwise effecting any substantive consolidation of any of the Chapter 11 Cases.

3. The caption of the jointly administered cases shall read as follows:

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>AMERICAN VIRTUAL CLOUD<br>TECHNOLOGIES, INC., *et al.,*<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 23-10020 (MFW)<br><br>(Jointly Administered) |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: American Virtual Cloud Technologies, Inc. (2421), AVCtechnologies USA, Inc. (8886), and Kandy Communications LLC (5853). The Debtors' corporate headquarters is 1720 Peachtree Road, Suite 629, Atlanta, Georgia 30309.

4. Each motion, application, and notice shall be captioned as indicated in the preceding decretal paragraph and all pleadings and other documents to be filed and docketed in the jointly-administered cases shall be filed and docketed in the case of American Virtual Cloud Technologies, Inc., Case No. 23-10020 (MFW).

5. A docket entry shall be made in each of the Debtors' Chapter 11 Cases other than the case of American Virtual Cloud Technologies, Inc. substantially as follows:

> An order has been entered in this case consolidating this case with the case of American Virtual Cloud Technologies, Inc., Case No. 23-10020 (MFW), for procedural purposes only and providing for its joint administration in accordance with the terms thereof. The docket in Case No. 23-10020 (MFW) should be consulted for all matters affecting this case.

6. The Debtors are authorized to take all actions necessary to implement the relief granted in this Order.

7. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

**Dated: January 12th, 2023
Wilmington, Delaware**

**MARY F. WALRATH
UNITED STATES BANKRUPTCY JUDGE**