IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMERICAN VIRTUAL CLOUD TECHNOLOGIES, INC., *et al.,*<br><br>Debtors. [1] | Chapter 11<br><br>Case No. 23-10020 (MFW)<br><br>(Jointly Administered) |

## CERTIFICATE OF PUBLICATION

I, Shunte Jones, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

This Certificate of Publication includes a sworn statement verifying that the *Notice of Auction and Sale Hearing* as conformed for publication, was published in the national edition of *The New York Times,* on February 10, 2023, as described in the sworn statement attached hereto on **Exhibit A**.

Dated: February 15, 2023

                                                    */s/ Shunte Jones*
                                                    Shunte Jones

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: American Virtual Cloud Technologies, Inc. (2421), AVC Technologies USA, Inc. (8886), and Kandy Communications LLC (5853). Each Debtor's corporate headquarters and mailing address is 1720 Peachtree Road, Suite 629, Atlanta, Georgia 30309.

SRF 67260

**Exhibit A**



**The New York Times Company**

620 8th Avenue
New York, NY 10018
nytimes.com

Sworn to me this 10th day
of February, 2023

*Ellen Herb*
_____
Notary Public

Ellen Herb
Notary Public, State of New York
No. 01HE6163785
Qualified in New York County
Commission Expires April 2, 2023

# PROOF OF PUBLICATION

I, John McGill, in my capacity as a Principal Clerk of the Publisher of The New York Times, a daily newspaper of general circulation printed and published in the City, County, and State of New York, hereby certify that the advertisement annexed hereto was published in the editions of The New York Times on the following date or dates, to wit on.

_____

_____

*John McGill*
_____

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**

In re: AMERICAN VIRTUAL CLOUD TECHNOLOGIES, INC., et al., Debtors.[1]  | Chapter 11
Case No. 23-10020 (MFW)
(Jointly Administered)

**NOTICE OF AUCTION AND SALE HEARING**
**PLEASE TAKE NOTICE REGARDING THE FOLLOWING:**

On January 11, 2023, American Virtual Cloud Technologies, Inc. and certain of its affiliates, the debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors") each filed a voluntary petition for relief pursuant to chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (the "Court").

The Debtors are soliciting offers for the purchase substantially all of the Debtors' assets and assumption of certain liabilities of the Debtors consistent with the bidding procedures (the "Bid Procedures") approved by the Court (the "Court") by entry of an order on February 6, 2023 [Docket No. 81] (the "Bid Procedures Order"). **All interested bidders should carefully read the Bid Procedures and Bid Procedures Order.** To the extent that there are any inconsistencies between this notice and the Bid Procedures or the Bid Procedures Order, the Bid Procedures or the Bid Procedures Order, as applicable, shall govern in all respects.

The Bid Deadline is **March 3, 2023 at 4:00 p.m. (prevailing Eastern Time)**, and that any person or entity who wishes to participate in the Auction must comply with the participation requirements, bid requirements, and other requirements set forth in the Bid Procedures. Only Qualified Bidders that have submitted Qualified Bids by the **March 3, 2023, at 4:00 p.m. (ET)** Bid Deadline are eligible to participate in the Auction, subject to the terms of the Bid Procedures and other limitations as may reasonably be imposed by the Debtors. Qualified Bidders participating in the Auction must appear at the Auction in person or through a duly authorized representative.

The Debtors may conduct the Auction, at which time they will consider proposals submitted to the Debtors and their professionals, by and pursuant to the Bid Procedures as set forth in the Bid Procedures Order, on **March 7, 2023 at 9:00 a.m. (ET)**, via live auction and/or remote video.

Except as otherwise set forth in the Bid Procedures Order with respect to objections to proposed cure amounts or the assumption and assignment of Assigned Contracts, objections, if any, to a proposed Sale **must**: (a) be in writing; (b) conform to the applicable provisions of the Bankruptcy Rules and the Local Rules; (c) state with particularity the legal and factual basis for the objection and the specific grounds therefor; and (d) be filed with the Court by **February 28, 2023 at 4:00 p.m. (ET)**.

A hearing to consider approval of the Successful Bid (or to approve a Stalking Horse APA, as applicable, if no Auction is held) (the "Sale Hearing") shall take place on **March 15, 2023** at 10:30 a.m. (ET), at the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, Wilmington, Delaware 19801. At the Sale Hearing, the Debtors will present such Successful Bid to the Court for approval.

Objections, if any, to the Motion and the sale of the Assets to a Successful Bidder, must be filed with the Court and served upon counsel to the Debtors so as to be actually received by **March 8, 2023 at 4:00 p.m. (ET)**. In each case, all objections must: (a) be in writing; (b) conform to the applicable provisions of the Bankruptcy Rules, the Local Rules, and any orders of the Court; (c) state with particularity the legal and factual bases for the objection and the specific grounds therefor; and (d) be filed with the Court no later than the applicable objection deadline and served on proposed counsel to the Debtors. *Any party who fails to timely file an objection to entry of the Sale Order (i) shall be forever barred from objecting thereto, (ii) shall be deemed to consent to the sale of the Assets as approved by any Sale Order, and (iii) shall be deemed to "consent" for purposes of Section 363(f)(2) of the Bankruptcy Code.*

This notice is subject to the fuller terms and conditions of the Motion, the Bid Procedures, and the Bid Procedures Order. In the event of any conflict, the Bid Procedures Order shall control, and the Debtors encourage parties in interest to review such documents in their entirety. Parties interested in receiving more information regarding the Sale and/or copies of any related document, including the Motion, or the Bid Procedures Order, may make a written request to counsel for the proposed counsel for the Debtors.

Additional copies of the Sale Motion, the Bidding Procedures Order, the Bidding Procedures and any other related documents are available upon request to the Debtors' Noticing and Claims Agent, Kroll Restructuring Administration LLC ("Kroll"), by visiting the website maintained by Kroll in these cases at https://cases.ra.kroll.com/AVCT.

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: American Virtual Cloud Technologies, Inc. (2421), AVCtechnologies USA, Inc. (8886), and Kandy Communications LLC (5853). Each Debtor's corporate headquarters is 1720 Peachtree Road, Suite 629, Atlanta, Georgia 30309.

COMPANIES | EARNINGS

# Activist Investor Ends His Battle for a Seat on the Disney Board

FROM FIRST BUSINESS PAGE

paign. Disney was trading at about $110 on Thursday.

Disney's board responded by praising Robert A. Iger, Disney's chief executive. In the fall, in part to thwart Mr. Peltz, who was privately pushing to join the Disney board, Disney fired Bob Chapek as chief executive and rehired Mr. Iger, who held the position from late 2005 to early 2020. Mr. Chapek's troubled reign lasted less than three years.

"We are pleased that our board and management can remain focused without the distraction of a proxy contest, and we have tremendous faith in Bob Iger's leadership and the transformative vision for Disney's future he set forth yesterday," Disney's board said in a statement.

Carrying out that vision will be difficult. Disney, like other big entertainment companies, is scrambling to make streaming profitable as a way to offset traditional television, which is in a free fall. In Disney's most recent quarter, operating profit from traditional television (the ABC broadcast network and 15 cable channels, led by ESPN) totaled $1.3 billion, a 16 percent decrease from a year earlier. Disney attributed the declines to lower advertising revenue, reflecting a drop-off in viewership, especially overseas, as more people forgo cable and satellite hookups.

Across Hollywood, companies are slashing budgets. Warner Bros. Discovery has already cut thousands of jobs as part of a $3.5 billion retrenchment. But the playing field is not level: Apple and Amazon continue to pour money into their streaming services, making it more difficult for older companies like Disney to compete for filmmakers, show creators and stars.

Mr. Iger must also contend with Ike Perlmutter, 80, the irascible chairman of Marvel Entertainment and a significant Disney shareholder in his own right. Mr. Perlmutter contacted Disney board members and senior executives six times between August and November to push for Mr. Peltz to join the board. Does Mr. Perlmutter remain at Disney?

A skirmish in Florida between Disney and Gov. Ron DeSantis continues to simmer. In a reversal from last year, the Florida House voted on Thursday to allow Walt Disney World to keep tax benefits enacted in the 1960s. Under the bill, which headed to the State Senate, Disney would no longer be able to choose the members of a board overseeing the resort's tax district; the governor would appoint all five.

On Wednesday afternoon, Mr. Iger delivered quarterly financial results that broadly pleased investors. Profit and revenue exceeded Wall Street's expectations. Losses in Disney's streaming division abated. Walt Disney World and Disneyland, in California, generated $2.1 billion in profit, an increase of 36 percent from a year earlier.

Those were largely Mr. Chapek's results. The quarter was two-thirds finished by the time Mr. Iger took over in late November.

Mr. Iger, however, laid a framework for Disney's future on top of the numbers, one that left Mr. Peltz with little ground to stand on. Disney would cleave costs not by a little, Mr. Iger said, but by $5.5 billion and eliminate 7,000 jobs. Disney's streaming businesses would be managed differently as part of a restructuring designed to galvanize Disney's film and television studios and focus on profitability. The company's dividend would be restored by the end of the year.

"Our cost-cutting initiatives will make this possible," Mr. Iger said of the dividend. "And while initially it will be a modest dividend, we hope to build upon it over time."

It added up to a master class in dismantling a corporate threat. Mr. Iger came across as tough, cleareyed and decisive.

"To Profitability . . . and Beyond!" Michael Morris, a Guggenheim Securities analyst, wrote in a report to clients. Several other analysts raised their outlook for Disney shares.

Before dawn on Thursday in Los Angeles, Mr. Iger continued his campaign on CNBC. He said that "everything was on the table" regarding Hulu, the general-audience streaming service that Disney controls. Some analysts have wondered if Disney should sell Hulu, but Disney previously signaled that it intended to doubledown on the service. Comcast owns a 33 percent stake in Hulu, and Disney had been trying to buy it out.

"I'm concerned about undifferentiated general entertainment, particularly given the competitive landscape that we're operating in, and we're going to look at it very objectively," Mr. Iger said.

Mr. Peltz had also been pushing Disney to clean up its messy succession planning. Mr. Iger had delayed his retirement from Disney at least three times and, in some ways, seemed reluctant to leave the company when he did. In bringing him back, the board gave him two years to steer the company onto the right path and groom another successor.

Mr. Iger told CNBC that work to identify a successor was "already underway," with Disney's incoming board president, Mark Parker, scheduled to lead a private meeting about it on Friday.

Shortly afterward, Mr. Peltz phoned CNBC to say Mr. Iger's restructuring announcement indicated Disney "plans to do everything we wanted them to do."

Shares of Disney closed down about 1.3 percent on Thursday, roughly in line with the market.

"Peltz has always been more rational and focused on specific goals than many of his ego-driven competitors," said John Coffee, a professor of corporate governance at Columbia Law School. "I see this as a case in which rationality has triumphed and Trian has no need to fight a battle that it has effectively already won."

Besides, carrying out a proxy battle would cost Trian roughly $25 million, according to a securities filing.

"Part of activism is always realizing that the aim of an activist is not to get board seats," said Patrick Gadson, a co-chair of the shareholder activism practice at the law firm Vinson & Elkins.

"They don't get paid to get board seats. They make money by, when it all boils down to it, stock price appreciation."

---



KENNY HOLSTON/THE NEW YORK TIMES

Southwest's operations chief, Andrew Watterson, was grilled by lawmakers.

## Southwest 'Messed Up,' Executive Tells Senators

By NIRAJ CHOKSHI

Senators grilled a top Southwest Airlines executive on Thursday over the company's holiday meltdown, which disrupted flights for as many as two million people during one of the year's busiest periods for air travel.

Over several hours, lawmakers on the Senate Committee on Commerce, Science and Transportation peppered Southwest's chief operating officer, Andrew Watterson, with questions about how the airline's operations buckled during the holidays and the steps it was taking to prevent a similar breakdown in the future.

"Do you understand the public's frustration with this?" asked Senator Maria Cantwell, Democrat of Washington and the committee chairwoman. Senator Ted Cruz, the top Republican on the committee, called Southwest's holiday meltdown "an epic screw-up."

Like other airlines, Southwest struggled with flight delays and cancellations in the days leading into Christmas in places with wet, windy and cold weather. Southwest's operations in Denver and Chicago, which serve as the base for about a quarter of the airline's flight crews, were hit particularly hard.

As the bad weather moved east, communication between the airline's central staff and its outposts deteriorated, resulting in more last-minute cancellations. That compounded the need to move displaced flight crews. By Dec. 26, the airline had grown so overwhelmed by the need to reassign crews and other challenges that it pre-emptively canceled about two-thirds of its flights for several days to reset its network. All told, Southwest canceled 16,700 flights in the last 11 days of December.

During the hearing on Thursday, Mr. Watterson acknowledged that the airline had "messed up." He apologized and said Southwest was committed to making amends to its customers and improving its operations.

"We are intensely focused on reducing the risk of repeating the operational disruption we had in December, and repairing the trust our company has had and earned over our 52-year history," he said.

The airline has provided two million customers with about $300 in travel credits, refunded those with canceled flights and processed all but a small share of requests for reimbursement for expenses like hotel stays and rental cars. Mr. Watterson said the airline had received 284,188 eligible requests. Of those, more than 96 percent had been processed and reimbursed.

Southwest said last month that it expected the episode to cost the company at least $1.1 billion in lost revenue and reimbursements. Ticket sales also suffered in January and February, though Southwest's executives said at the time that they were optimistic about bookings in March and beyond based on early sales.

Casey Murray, the president of the Southwest Airlines Pilots Association, told the Senate committee that his union had long complained about the problems at the root of the airline's meltdown but management did little to address them.

Mr. Murray said Southwest did not adequately prepare for bad weather, did not invest enough in its operations and had poor leadership. He was particularly critical of the executives who ran the company before its current management, which includes Mr. Watterson and the chief executive, Bob Jordan, who took over last year.

"Warning signs were ignored, poor performance was condoned, excuses were made, processes atrophied, core values were forgotten," Mr. Murray said.

During the holidays, Southwest did not have enough covers to protect airplane engines and did not prepare ground crews for the storm, he said. Mr. Murray also argued that the systems used to plan flights and schedule crews were not well integrated and spit out plans that did not always make sense together.

At the height of the disruption, communication broke down between employees at Southwest's headquarters in Dallas and crews around the country. Pilots and flight attendants trying to reach headquarters were placed on hold, sometimes for hours. According to a photograph included in Mr. Murray's prepared remarks, a Southwest dispatcher messaged pilots in an airplane asking them to identify themselves and noting that things were "a mess down here." At least 350 pilots were assigned schedules that put them far from their home bases at the end of their workday, according to the union.

The airline has said it is working to prevent another meltdown, including closely watching for signs of potential problems, increasing staffing and upgrading tools used to schedule and communicate with crews.

The Department of Transportation has begun an investigation to assess whether executives knowingly scheduled flights that the airline could not realistically complete, a violation of federal law banning unfair and deceptive practices.

Ms. Cantwell criticized Mr. Jordan on Thursday for not appearing before the committee, saying he "didn't want to show up." In a statement, Southwest said it had provided the committee with Mr. Jordan's schedule and noted at the time that he had a conflict on Thursday. Mr. Watterson was "exceptionally well positioned" to answer lawmaker questions, the airline said.

---

# Credit Suisse Reports Its Biggest Loss Since 2008

By MICHAEL J. de la MERCED

Credit Suisse on Thursday reported its biggest loss since the 2008 financial crisis, and warned of another "substantial" loss this year, as the beleaguered Swiss bank struggles to revive itself by refocusing on fewer business lines.

It is an ominous omen for Credit Suisse, a 167-year-old icon of Swiss banking that has lurched from crisis to crisis over the last two decades, including losses tied to the housing market, trading disasters, management upheaval and costly legal settlements. It has lost money in five of the last eight years.

In October, Credit Suisse announced a sweeping plan to shrink itself, focusing mainly on managing the fortunes of wealthy clients and spinning out its investment bank, abandoning a decades-long effort to compete with Wall Street giants in deal-making and trading. The bank is also laying off thousands of employees.

Last year was "extremely challenging," Ulrich Körner, the bank's chief executive, told analysts on a call. "Nonetheless, it was also a year which marked the beginning of the important and necessary transformation for our organization."

Credit Suisse lost 7.3 billion Swiss francs, or nearly $8 billion, last year, far more than the 1.7 billion Swiss francs it lost in 2021 and the most since a shortfall of 10 billion-plus Swiss francs in 2008. Its net revenue last year also shrank 34 percent. Steep restructuring charges will lead to another "substantial" loss this year, the bank said.

Customers withdrew 110.5 billion Swiss francs in assets from the bank in the fourth quarter, a bad sign for the division that the bank is betting its future on. Credit Suisse said most of those withdrawals came in October, amid frenzied speculation about the firm's health, before tapering off later in the year.



ARND WIEGMANN/REUTERS

The Swiss banking giant has abandoned a decades-long bid to compete with Wall Street in deal-making and trading.

*Restructuring charges are expected to lead to a 'substantial' loss this year, too.*

That stands in contrast with UBS, which reported a rise in profit last year and noted gains in assets under management — some from customers switching from its Zürich-based rival.

"The question is whether the restructuring is fast enough, considering the ongoing deterioration in the franchise and when will the franchise loss stop," Kian Abouhossein, an analyst at JPMorgan Chase, wrote in a note to investors.

Credit Suisse also announced the next step in its reorganization on Thursday, saying it will buy the boutique investment bank run by Michael Klein, a veteran dealmaker who helped devise the bank's restructuring plan, for $175 million.

Mr. Klein is set to become chief executive of the spun-out investment bank, which will be called CS First Boston, reviving the name of a storied Wall Street firm that the Swiss bank acquired in 1988.

Shares in Credit Suisse fell more than 14 percent on Thursday. They have lost about two-thirds of their value over the last 12 months.

---

# Big Brands Raising Prices as Consumers Still Spend

By ISABELLA SIMONETTI

From soda to soap, consumer giants like PepsiCo and Unilever continue to raise the prices of their products significantly, passing on the higher costs they face, and consumers continue to spend, cutting back only modestly in recent months.

Prices will continue to rise, or at least remain at high levels, executives said.

On Thursday, PepsiCo reported that it raised prices 16 percent in the fourth quarter from a year earlier, while sales volumes, which measure the number of Mountain Dew cans and bags of Doritos that were sold, fell 2 percent.

Also on Thursday, Unilever said it raised prices for its products, which include Ben & Jerry's ice cream and Dove soap, more than 13 percent in the fourth quarter, the eighth consecutive acceleration in prices. It also reported that its sales volumes shrank, but by a lot less than prices rose. Revenue growth at both companies beat analyst expectations.

Executives at Unilever suggested that they could have raised prices even higher, but held back.

"We were very mindful of the pressure on consumers and chose not to fully offset the extraordinary level of cost inflation through pricing," Graeme Pitkethly, Unilever's chief financial officer, told analysts on a call. The company would continue to raise prices in the first half of this year, he said, and expected volumes to continue to fall, as inflation remained a "key theme" in 2023.

Pressure on profit margins, reflected in more modest forecasts for many companies' earnings this year, suggested that consumers would continue pulling back. That is already hitting some companies harder than others. Last month, Procter & Gamble reported its first drop in sales in

*A strong labor market enables shoppers to absorb the blow.*

years, as price increases — it raised prices 10 percent in the fourth quarter — were offset by steeper volume declines than at its competitors.

While inflation has cooled, it continues to run higher than policymakers at the Federal Reserve would like. The Consumer Price Index rose at an annual pace of 6.5 percent in December, the slowest rate since late 2021. The Fed is expected to continue raising interest rates, squeezing consumers by crimping economic growth and making borrowing more expensive.

But the labor market remains surprisingly strong, which bolsters consumer spending and allows shoppers to absorb higher prices. Companies tend to be reluctant to cut prices once they have raised them.

Consumers are "holding up better than what we would have probably expected — or maybe what I would have expected — a year ago or six months ago," Chris Kempczinski, the chief executive of McDonald's, told investors last week. Despite raising prices, the fast-food giant has recently generated higher profits and recorded more visits to its restaurants.

Chipotle Mexican Grill has also been able to raise prices without significant resistance, reporting on Tuesday a big jump in profit for the fourth quarter. "We continue to see the higher-income consumer, the individual that earns over $100,000, coming more often," Brian Niccol, Chipotle's chief executive, said on a call with investors.

---



COMMERCIAL REAL ESTATE BUSINESS OPPORTUNITIES

OFFICE SPACE (100)

| Offices–New Jersey | 175 |

3,500 SF OFFICE SPACE
Ewing/Mercer County
FREE RENT
201-488-4000 / 609-883-7900

| Other Areas | 795 |
| North Carolina | |

BEAUFORT, NC, 800 ACRES
Prime development property
or retain as farmland, $7.5M
Nelson G. Paul & Associates
NelsonDianna@NelsonPaul.com
Dianna G. Paul 919-271-8901

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re: AMERICAN VIRTUAL CLOUD TECHNOLOGIES, INC., et al., Debtors. Chapter 11 Case No. 23-10020 (MFW) (Jointly Administered)

NOTICE OF AUCTION AND SALE HEARING
PLEASE TAKE NOTICE REGARDING THE FOLLOWING:

On January 11, 2023, American Virtual Cloud Technologies, Inc. and certain of its affiliates, the debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors") each filed a voluntary petition for relief pursuant to chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (the "Court").

The Debtors are soliciting offers for the purchase substantially all of the Debtors' assets and assumption of certain liabilities of the Debtors consistent with the bidding procedures (the "Bid Procedures") approved by the Court (the "Court") by entry of an order on February 6, 2023 [Docket No. 81] (the "Bid Procedures Order"). All interested bidders should carefully read the Bid Procedures and Bid Procedures Order. To the extent that there are any inconsistencies between this notice and the Bid Procedures or the Bid Procedures Order, the Bid Procedures or the Bid Procedures Order, as applicable, shall govern in all respects.

The Bid Deadline is March 3, 2023 at 4:00 p.m. (prevailing Eastern Time), and that any person or entity who wishes to participate in the Auction must comply with the participation requirements, bid requirements, and other requirements set forth in the Bid Procedures. Only Qualified Bidders that have submitted Qualified Bids by the March 3, 2023, at 4:00 p.m. (ET) Bid Deadline are eligible to participate in the Auction, subject to the terms of the Bid Procedures and other limitations as may reasonably be imposed by the Debtors. Qualified Bidders participating in the Auction must appear at the Auction in person or through a duly authorized representative.

The Debtors may conduct the Auction, at which time they will consider proposals submitted to the Debtors and their professionals, by and pursuant to the Bid Procedures as set forth in the Bid Procedures Order, on March 7, 2023 at 9:00 a.m. (ET), via live auction and/or remote video.

Except as otherwise set forth in the Bid Procedures Order with respect to objections to proposed cures and other matters relating to the assignment of Assigned Contracts, objections, if any, to a proposed Sale must: (a) be in writing; (b) conform to the applicable provisions of

Bankruptcy Rules and the Local Rules; (c) state with particularity the legal and factual basis for the objection and the specific grounds therefor; and (d) be filed with the Court by February 28, 2023 at 4:00 p.m. (ET).

A hearing to consider approval of the Successful Bid (or to approve a Stalking Horse APA, as applicable, if no Auction is held) (the "Sale Hearing") shall take place on March 15, 2023 at 10:30 a.m. (ET), at the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, Wilmington, Delaware 19801. At the Sale Hearing, the Debtors will present such Successful Bid to the Court for approval.

Objections, if any, to the Motion and the sale of the Assets to a Successful Bidder, must be filed with the Court and served upon counsel to the Debtors so as to be actually received by March 8, 2023 at 4:00 p.m. (ET). In each case, all objections must: (a) be in writing; (b) conform to the applicable provisions of the Bankruptcy Rules, the Local Rules, and any orders of the Court; (c) state with particularity the legal and factual bases for the objection and the specific grounds therefor; and (d) be filed with the Court no later than the applicable objection deadline and served on proposed counsel to the Debtors. Any party who fails to timely file an objection to entry of the Sale Order (i) shall be forever barred from objecting thereto, (ii) shall be deemed to consent to the sale of the Assets as approved by any Sale Order, and (iii) shall be deemed to "consent" for purposes of Section 363(f)(2) of the Bankruptcy Code.

This notice is subject to the fuller terms and conditions of the Motion, the Bid Procedures, and the Bid Procedures Order. In the event of any conflict, the Bid Procedures Order shall control, and the Debtors encourage parties in interest to review such documents in their entirety. Parties interested in receiving more information regarding the Sale and/or copies of any related document, including the Motion, or the Bid Procedures Order, may make a written request to counsel for the proposed counsel for the Debtors.

Additional copies of the Sale Motion, the Bidding Procedures Order, the Bidding Procedures and any other related documents are available upon request to the Debtors' Noticing and Claims Agent, Kroll Restructuring Administration LLC ("Kroll"), by visiting the website maintained by Kroll in these cases at https://cases.ra.kroll.com/AVCT.

The Debtors are chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: American Virtual Cloud Technologies, Inc. (2421), AVCtechnologies USA, Inc. (8886), and Kandy Communications LLC (5853). Each Debtor's corporate headquarters is at 1720 Peachtree Road, Suite 629, Atlanta, Georgia 30309.