# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMERICAN VIRTUAL CLOUD<br>TECHNOLOGIES, INC., *et al.,*<br><br>Debtors.<sup>1</sup> | Chapter 11<br><br>Case No. 23-10020 (MFW)<br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Aqeel Ahmed, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On February 16, 2023, at my direction and under my supervision, employees of Kroll caused the following documents to be served via email on the Office of the United States Trustee, Attn: Joseph Cudia, joseph.cudia@usdoj.gov:

- Schedule of Assets and Liabilities for American Virtual Cloud Technologies, Inc. (Case No. 23-10020) [Docket No. 107]

- Schedule of Assets and Liabilities for AVCTechnologies USA, Inc. (Case No. 23-10021) [Docket No. 108]

- Schedule of Assets and Liabilities for Kandy Communications LLC (Case No. 23-10022) [Docket No. 109]

- Statement of Financial Affairs for American Virtual Cloud Technologies, Inc. (Case No. 23-10020) [Docket No. 110]

- Statement of Financial Affairs for AVCTechnologies USA, Inc. (Case No. 23-10021) [Docket No. 111]

- Statement of Financial Affairs for Kandy Communications LLC (Case No. 23-10022) [Docket No. 112]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: American Virtual Cloud Technologies, Inc. (2421), AVC Technologies USA, Inc. (8886), and Kandy Communications LLC (5853). Each Debtor's corporate headquarters and mailing address is 1720 Peachtree Road, Suite 629, Atlanta, Georgia 30309.

Dated: February 27, 2023

                                                    */s/ Aqeel Ahmed*
                                                    Aqeel Ahmed

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on February 27, 2023, by Aqeel Ahmed, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ HERBERT BAER*
Notary Public, State of New York
No BA6205563
Qualified in Westchester County
Commission Expires May 11, 2025